## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Pravastatin Antitrust Litigation<br><br>This Document Relates to:<br>Civil Action Nos.: 2:16-cv-06057, 2:16-cv-06321, 2:16-cv-06395, 2:16-cv-06421, 2:16-cv-06632, 2:16-cv-06667, 2:16-cv-06699, 2:17-cv-00013 | Civil Action No. 2:16-cv-05056-TON |



FILED

FEB 0 6 2017

KATE BARKMAN, Clerk
By _____ Dep. Clerk

[PROPOSED] ORDER ON FILING OF CONSOLIDATED AMENDED COMPLAINT

WHEREAS, Plaintiffs request an extension of time to file their Consolidated Amended Complaint(s), which are presently due on February 3, 2017, until the Court rules on Plaintiffs' motion seeking adjournment filed on January 31, 2017;

WHEREAS, Defendants will be filing a brief in opposition on or before February 14, 2017, and Plaintiffs anticipate filing a reply brief

WHEREAS, Defendants do not object to Plaintiffs' request for an extension of time to file their Consolidated Amended Complaint(s);

It is ORDERED that the Consolidated Amended Complaint(s) shall be filed after the Court rules of Plaintiffs' motion seeking adjournment.

*T. N. O'Neill*

Thomas N. O'Neill, Jr., J.

2-6-17